IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL ACTION 407-122-01 |
| | ) | (CIVIL ACTION 409-102) |
| SHAWN HAMILTON | ) | |

## ORDER

The Court has conducted a de novo review of the file in this matter together with the Report and Recommendation of the Magistrate Judge to which no objections have been filed. It should be noted that the defendant was afforded ample time to prepare and file any objections he may have had to the Report and Recommendation. This he failed to do.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Hamilton's 28 U.S.C. Motion to Vacate is **DENIED**. The Office of the Clerk shall prepare and file the appropriate judgment and serve copies upon all parties.

**SO ORDERED** this 2 day of February, 2010.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia